UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANNON L. CARROLL,

             Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

             Defendant.

CASE NO. 3:15-CV-05526-DWC

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

    Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 Court filing fee.

    The Clerk of Court is directed to issue summonses submitted by Plaintiff to enable proper service of the complaint on the appropriate parties. **It is the responsibility of Plaintiff and Plaintiff's attorney to serve copies of the complaint along with the appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

    Dated this 3rd day of August, 2015.

David W. Christel
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1